UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 09 B 00106
    SANDORA ANDERS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-1641

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/05/09 .

    2.  The case was dismissed without confirmation, 02/27/2009.

--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS        CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00          .00
PRINCIPAL PAID           .00          .00          .00          .00          .00
INTEREST PAID            .00          .00          .00          .00          .00
TOTAL PAID               .00          .00          .00          .00          .00
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $        .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Dated: 03/18/09                      /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 09 B 00106 SANDORA ANDERS